STARBUCK v. STARBUCK et al. (Supreme Court, Appellate Division, Second Department. October 4, 1901.) Action by Martha H. Starbuck against Matilda E. Starbuck and another.

PER CURIAM. While we think that the questions involved in this case should be reviewed by the court of appeals, there seems to be no occasion for leave from this court in order to enable the appellants to take the case there. Upon the entry of final judgment they can appeal to the court of appeals as matter of right. The mere fact that this procedure will involve some delay does not seem to us sufficient reason for departing from the ordinary practice. Motion denied, without costs.